UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                          Civil No. 12-cv-219-PB

Talgar General Partnership, et al

O R D E R

By notice dated June 6, 2012, attorney Steven H. Rosenbaum was instructed to register for Electronic Case Filing (ECF) within thirty (30) days. To date, attorney Rosenbaum has not registered as instructed.

Attorney Rosenbaum shall register for ECF on or before August 29, 2012. Failure to register by that date shall result in attorney Rosenbaum being removed as counsel of record.

SO ORDERED.

August 15, 2012                              */s/ Paul Barbadoro*
                                              Paul Barbadoro
                                              United States District Judge

cc:    Steven H. Rosenbaum, Esq.
        Harvey L. Handley, Esq.